**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES, | No. 10-50532 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00145-DDP-1 |
| v. | |
| HILARIO MATEO PEDRO ANTONIO SANCHEZ, AKA Gustavo Sanchez-Lopez, AKA Sayas, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Dean D. Pregerson, District Judge, Presiding

Submitted December 19, 2011[**]

Before: GOODWIN, WALLACE and McKEOWN, Circuit Judges.

Hilario Sanchez appeals his conviction by guilty plea and sentence for

conspiracy to harbor and conceal illegal aliens in violation of 8 U.S.C. §

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1324(a)(1)(A)(v)(I).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Sanchez's counsel has filed a brief stating there are no grounds for relief, along

with a motion to withdraw as counsel of record.  We have provided Sanchez with

the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or

answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.  We

dismiss in light of the valid appeal waiver.  *See United States v. Nguyen*, 235 F.3d

1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.